UNITED STATES DISTRICT C0URT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

Humbles

        Plaintiff,

-v-                                  ORDER re: Motion in Limine
                                          CV-02-60 (TCP)

Glocer

        Defendant.

--------------------------------------------------------X


        Defendant, Reuters America, Inc, filed a motion in limine on September 15, 2005. The Court defers decision on this motion. The motion will be reopened and addressed by the Court and parties at the eve of trial. A decision will be rendered at that time or during the trial.


        SO ORDERED.

                                                                           /s/
                                                            Thomas C. Platt
                                                            U.S. District Judge


Dated: Central Islip, NY
           July 10, 2006